IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR259 |
| vs. | ) | |
| | ) | ORDER |
| RANDALL PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [98] of Steve Baxley for leave to withdraw as counsel for the defendant. Substitute counsel, James R. Kozel, has entered an entry of appearance [97].

**IT IS ORDERED:**

1. The Motion to Withdraw [98] is granted, and the appearance of Steve Baxley is hereby deemed withdrawn.

2. The provisions and deadlines set in order [86] remain in effect.

**DATED December 3, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**